**FILED**

**DECEMBER 3, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH FIGUEROA MARAVILLA, | ) | |
| A074 555 410 | ) | Case No. |
|     Plaintiff, | ) | |
| | ) | |
|     VS | ) | Judge |
| | ) | |
| PETER D. KEISLER, in his official Capacity | ) | **07 C 6802** |
| as Acting Attorney General of the United States; | ) | |
| MICHAEL CHERTOFF, in his official capacity | ) | **JUDGE BUCKLO** |
| as Secretary of the Department of | ) | **MAGISTRATE JUDGE COX** |
| Homeland Security; DONALD FERGUSON, | ) | |
| in his official capacity as Acting District Director | ) | |
| of the Chicago District Office of the United States | ) | |
| Citizenship and Immigration Services, | ) | |
| Department of Homeland Security; | ) | Jury Demand |
| ROBERT S. MUELLER, III, in his official | ) | |
| capacity as Director of the Federal Bureau of | ) | |
| Investigation, THE DEPARTMENT OF | ) | |
| HOMELAND SECURITY, THE UNITED | ) | |
| STATES CITIZENSHIP AND IMMIGRATION | ) | |
| SERVICES, and THE FEDERAL BUREAU | ) | |
| OF INVESTIGATION, | ) | |
| | ) | |
|     Defendants. | ) | |

**PETITION FOR HEARING ON NATURALIZATION**
**APPLICATION AND WRIT OF MANDAMUS**
**TO COMPEL DEFENDANTS' DETERMINATION OF**
**FORM N-400 NATURALIZATION APPLICATION**

NOW COMES the Petitioner, KENNETH FIGUEROA MARAVILLA, by and

through his attorney, Julianne O'Grady of the Law Office of O'Grady & Associates,

P.C., and respectfully petitions this Court for a hearing on naturalization application

and/or mandamus, and in support thereof, states as follows:

## STATEMENT OF ACTION

This action is brought to compel action on Application for Naturalization ("N-400") properly filed with the United States Citizenship and Immigration Services ("USCIS") by Plaintiff.  To Plaintiff's detriment, Defendants have failed to adjudicate the application due to inaction by the Federal Bureau of Investigation ("FBI") in processing his "name check."

## JURISDICTION AND VENUE

1.  This Court has jurisdiction under the Immigration and Nationality Act ("INA") §336(b), 8 U.S.C § 1447(b) which specifically provides for judicial review when the USCIS fails to make a decision on a naturalization application within 120 days after the initial examination.

2.  This Court has original jurisdiction to hear both civil actions arising under the laws of the United States and action to compel an officer or employee of the United States or any agency thereof to perform a duty.  28 U.S.C § 1331; 28 U.S.C. § 1361. This court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C §§ 2201-2202 and 5 U.S.C. § 702.

3.  Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b) and § 1391(e) because Defendants are officers or employees of agencies of the United States government, acting in their official capacity under color of legal authority and a substantial portion of the events and omissions giving rise to the claims herein occurred in this District, and Plaintiff resides in this judicial district.

4.  Plaintiff has exhausted all of his administrative remedies in this case as required by 8 C.F.R §336.9.

**INTRODUCTION**

5.  Plaintiff KENNETH FIGUEROA MARAVILLA, Alien No. A074 555 410, is a native of the Republic of the Philippines and lawful permanent resident of the United States who has lived in the United States for thirteen years and who has applied to naturalize as a United States citizen.  Plaintiff has been unlawfully deprived of naturalization for nearly five years because of unreasonable and extraordinary agency delays in adjudicating his application.  Plaintiff has fulfilled all of the statutory requirements for naturalization and passed the U.S. naturalization examination over four years ago, nevertheless USCIS has failed to adjudicate Plaintiff's application within 120 days of the naturalization examination, as required by law.

6.  Plaintiff applied for citizenship, seeking to pledge his allegiance to the United States and to participate fully in our society as a United States citizen.  Having qualified to do so after thirteen years of living in the United States and contributing to our economy, country and local communities, Plaintiff has been robbed of his statutory right to naturalize solely because of the bureaucratic failings and inaction of the USCIS and the FBI.

7.  USCIS has delayed the adjudication of Plaintiff's naturalization application because it has delegated a new form of security check called a "name check" to the FBI, which has unreasonably delayed the final adjudication of Plaintiff's case for over four years.

8.  As a result of the agencies' failure to adjudicate his application for citizenship, Plaintiff has been deprived of the substantial and unique benefits of citizenship, including protection of the laws of the United States, the ability to obtain a

US Passport, travel abroad freely and sponsor for lawful permanent residency his immediate relatives living abroad.  Moreover, Plaintiff is unable to vote in elections, serve on juries and enjoy the other rights and responsibilities of U.S. citizenship.

9.  Defendants are officials of the two government agencies that have failed to adjudicate Plaintiff's naturalization application within the time periods prescribed by law.  The exceedingly long delays in adjudication are caused, according to the admissions of USCIS agents, by Defendants' failure to complete in timely fashion a background check known as a "name check."   Despite the fact that Plaintiff has waited nearly five years since passing his naturalization examination, Defendants refuse to set any deadlines for completion of these "name checks;" instead they have allowed Plaintiff's application to linger indefinitely.

10.  Plaintiff seeks declaratory and injunctive relief and/or mandamus to require the Defendants to adjudicate his application for naturalization within the time periods prescribed by law and asks the Court to declare the agencies' delays to be in violation of immigration laws and regulations, laws governing administrative agency actions and the Due Process Clause of the Fifth Amendment.  In the alternative, Plaintiff requests that the Court review his application de novo and naturalize him as a United States citizen pursuant to 8 U.S.C. § 1447(b).

## PARTIES

11.  Plaintiff KENNETH FIGUEROA MARAVILLA ("Maravilla") is a citizen of the Republic of the Philippines.  He is a lawful permanent resident of the United Sates and resides in Beach Park, Illinois.  Plaintiff applied for naturalization with USCIS on February 21, 2002 and passed his naturalization examination on November

13, 2002.  He reapplied for naturalization with USCIS on May 2, 2005 and passed his

naturalization examination on October 13, 2005.   Mr. Maravilla is a person of good

moral character and otherwise meets all requirements to be naturalized as set forth in 8

U.S.C. § 1427.

12.  Defendant MICHAEL CHERTOFF ("Chertoff"), the Secretary for the

Department of Homeland Security ("DHS"), is being sued in his official capacity only.

Pursuant to the Homeland Security Act of 2002, Pub. L. 107-296, Defendant Chertoff,

through his delegates has the authority to adjudicate naturalization petitions filed with

the United States Citizenship and Immigration Services to accord them citizenship

under the provisions of 8 U.S.C. §1446.

13.  Defendant PETER D. KEISLER ("Keisler"), the Acting Attorney General

of the United States, is being sued in his official capacity only.  Keisler is the head of

the United States Department of Justice and the chief law enforcement officer of the

federal government.  The Attorney General has the authority to naturalize persons as

citizens of the United States.  8 U.S.C. § 1421(a).

14.  Defendant DONALD FERGUSON, ("Ferguson") is the Acting District

Director of USCIS Chicago Field Office and is being sued in his official capacity only.

Ferguson is charged with supervisory authority over all of Chicago USCIS operations

and USCIS agents and officers acting in their official capacity, including the authority

to adjudicate naturalization applications.

15.  Defendant ROBERT S. MUELLER III is the Director of the FBI and is

being sued in his official capacity only.  The FBI is an agency within the United States

Department of Justice whose mission is to enforce criminal laws and defend the United

States against terrorist and foreign intelligence threats.  Upon the request of USCIS, the

FBI performs "name checks" and other background checks of all applicants for

naturalization.

16.  Defendant DEPARTMENT OF HOMELAND SECURITY is the Agency

with overall responsibility for applications for Naturalization, including coordinating

the timely completion of background checks with the FBI.

17.  Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION

SERVICES is a bureau within the Department of Homeland Security, and is the

Agency with direct responsibility for applications for Naturalizations.

18.  Defendant FEDERAL BUREAU OF INVESTIGATION is the Agency

responsible for conducting background checks on applicants for Naturalization.

## STATEMENT OF FACTS

19. KENNETH FIGUEROA MARAVILLA was born June 25, 1965 in the

Republic of the Philippines.  He arrived in the United States at age twenty-nine with an

H-4 status on January 6, 1994.  He received his status as legal permanent resident on or

about January 10, 1997.  Plaintiff filed his N-400, Application for Naturalization with

the USCIS pursuant to 8 U.S.C. § 1445 on or about February 21, 2002 (See Receipt

Notices, Exhibit 1).

20.  Plaintiff presented himself for fingerprints in Waukegan, Illinois on August

28, 2002.

21.  On November 13, 2002, Plaintiff was scheduled for his N-400 interview at

the Chicago Citizenship Office and was interviewed by Officer Tulk.  Plaintiff passed

his government history examination, and his written examination and Officer Tulk recommended his application for approval.  (See Exhibit 2).

22.  On or about November 22, 2002, Plaintiff received a letter stating that he was scheduled to appear for a Naturalization Oath Ceremony on December 2, 2002. (See Exhibit 3).

23.  On or about December 2, 2002, Plaintiff was informed that his scheduled Oath Ceremony on this same date was cancelled "due to unforeseen circumstances." (See Exhibit 4).

24.  On or about March 19, 2004, Plaintiff received a Fingerprint Notification from INS stating that he was scheduled for fingerprinting on April 03, 2004 because the previous fingerprint had expired.  Plaintiff appeared at the application support center in Waukegan, IL on the scheduled date to submit new fingerprints.

25.  On or about November 25, 2003, Plaintiff corresponded with the USCIS Chicago District Field Office requesting for his Oath Ceremony to be rescheduled.  On or about December 22, 2003, Interim District Director Donald J. Monica responded to Plaintiff, explaining that USCIS will respond to his inquiry within ninety (90) days of receipt. (See Exhibit 5)  However, to date, Plaintiff has not received any response to his inquiry.

26.  Plaintiff re-filed Form N-400, Application for Naturalization with the USCIS pursuant to 8 U.S.C. § 1445 on or about May 02, 2005 (See Exhibit 6).

27.  Plaintiff presented himself for fingerprints in Waukegan, Illinois on June 16, 2005.

28.  On October 13, 2005, Plaintiff was scheduled for his N-400 interview at the Chicago Citizenship Office and was interviewed by Officer Keiper.  Plaintiff attended that interview appointment, where he passed his government/history examination, and his English fluency examination.  However, Officer Keiper issued him an N-652, Naturalization Results form stating that "A decision cannot yet be made about your application [because] security checks [were] pending" (See Exhibit 7).

29.  On or about February 18, 2006, the Law Offices of Manny A. Aguja, LLC ("Plaintiff's agents") corresponded with the USCIS Chicago District Field Office requesting for an update in connection with the Plaintiff Maravilla's Naturalization application and Oath Taking Ceremony.  On or about May 10, 2006, District Adjudications Officer Agnieszka Keiper responded to Plaintiff's agents, explaining that 'the security checks for your client have not yet been completed." (See Exhibit 8).

30.  On or about December 05, 2006, the Law Offices of Veda Maniquis, P.C. (Plaintiff's agents) filed a Freedom of Information – Privacy Acts (FOIPA) request with the FBI.  To date, Plaintiff's agents have not received any response to this request.  (See Exhibit 9).

31.  On or about February 13, 2007, Plaintiff personally submitted a Status Inquiry Form with the USCIS Chicago District Office in connection with his N-400 application.  (See Exhibit 10).

32.  To date, nearly five years after Petitioner was interviewed and passed his citizenship examination and USCIS approved his application and scheduled but cancelled his Oath Taking Ceremony, USCIS had not re-scheduled an oath ceremony for him, despite numerous written and inquires by the Petitioner.

33.  USCIS must grant a naturalization application if the applicant has complied with all requirements for naturalization.  8 C.F.R. § 335.3.  8 U.S.C. §1443(a) states in pertinent part:

Rules and regulations governing examination of applicants. The Attorney General shall make such rules and regulations as may be necessary to carry into effect the provisions of this chapter and is authorized to prescribe the scope and nature of the examination of applicants for naturalization as to their admissibility to citizenship.  Such examination, shall be limited to inquiry concerning the applicant's residence, physical presence in the United States, good moral character, understanding and attachment to the fundamental principles of the Constitution of the United States, ability to read, write, and speak English, and other qualifications to become a naturalized citizen as required by law, and shall be uniform throughout the United States.

The regulation promulgated by the Attorney General, 8 C.F.R. § 335.1 states as follows:

Investigation of applicant: Subsequent to the filing of an application for naturalization, the Service shall conduct an investigation of the applicant.  The investigation shall consist, at a minimum, of a review of all pertinent records, police department checks, and a neighborhood investigation in the vicinities where the applicant has resided and has been employed, or engaged in business, for at least the five years immediately preceding the filing of the application.  The district director may waive the neighborhood investigation of the applicant provided for in this paragraph.

Section 335.2, 8 C.F.R., states:

Examination of applicant.
(a) General.  Subsequent to the filling of an application for naturalization, each applicant shall appear in person before a Service officer designated to conduct examination pursuant to §322.1 of this chapter.  The examination shall be uniform throughout the United States and shall encompass all factors relating to the applicant's eligibility for naturalization.  The applicant may request the presence of an attorney or representative who has filed an appearance in accordance with part 292 of this chapter.

(b)  Completion of criminal background checks before examination.  The Service will notify applicants for naturalization to appear before a Service officer for initial examination on the naturalization application only after the Service has received a definitive response from the Federal Bureau of Investigation that a full background check of an applicant has been completed.

A definitive response that a full criminal background check on applicant has been completed includes:

> (1)    Confirmation from the Federal Bureau of Investigation that an applicant does not have an administrative or a criminal record;
>
> (2)    Confirmation from the Federal Bureau of Investigation that an applicant has an administrative or a criminal record; or
>
> (3)    Confirmation from the Federal Bureau of Investigation that two properly prepared fingerprint cards (Forms FD-258) have been determined unclassifiable for the purpose of conducting a criminal background check and have been rejected.

34.  The reasons given by Defendants for the extraordinary delays, i.e. that the FBI "name check" has not been completed, are pretextual and have no basis in law or in any of the regulations promulgated by the Attorney General.  The investigation of Plaintiff's petition for naturalization, including any criminal record check by the FBI was, upon information and belief, completed prior to the examination of the Plaintiff and the Defendant's actions are solely intended to indefinitely frustrate and deny citizenship to the Plaintiff.

35.  Pursuant to 8 U.S.C. §1447(b) and 8 CFR 335.3, Defendant Ferguson was required to make a determination on Plaintiff's application for naturalization within 120 days following examination.  That said period expired three and one half years ago.

36.  When USCIS fails to adjudicate a naturalization application within 120 days of the examination, the applicant may seek de novo review of the application by a district court.  8 U.S.C. § 1447(b).

37.  Plaintiff has no alternate remedy and Defendants will continue in their unlawful acts toward Plaintiff unless restrained by this Court.

## COUNT I
### NATURALIZATION ORDER PURSUANT TO 8 U.S.C. § 1447(b)

38. Plaintiff re-alleges and reasserts the foregoing paragraphs as if set forth fully herein.

39. Plaintiff seeks that this court hold a hearing on Petitioner's application for naturalization as required by 8 U.S.C. §1447(b).

40. Plaintiff seeks a determination by the court that he meets the requirements for naturalization and is to be naturalized as a U.S. citizen without further delay.

## COUNT II
### MANDAMUS FOR SCHEDULING SWEARING-IN CEREMONY

41. Plaintiff re-alleges and reasserts the foregoing paragraphs as if set forth fully herein.

42. The Administrative Procedure Act requires administrative agencies to conclude matters presented to them within a reasonable time. 5 U.S.C § 555(b). A district court reviewing agency action may "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1). The court also may hold unlawful and set aside agency action that, inter alia, is found to be: "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," 5 U.S.C. § 706 (2)(A); "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right," 5 U.S.C. § 706(2)(C); or "without observance of procedure required by law," 5 U.S.C. § 706(2)(D). "Agency action" includes, in relevant part, "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. § 551(13).

43.  The failure of Defendants Chertoff, Ferguson, and Keisler to adjudicate the Plaintiff's N-400 application within 120 days for the date of the naturalization examination on the basis of "name checks" in violation of 8 U.S.C.  § 1446(d) and 8 C.F.R. § 335.3, violates the Administrative Procedure Act, 5 U.S.C. § 555(b); 5 U.S.C. §§ 706(1), 706(2) (A), 706(2) (C), 706 (2) (D).

44.  The failure of Defendants Keisler and Mueller to timely complete "name checks" violates the Administrative Procedure Act, 5 U.S.C. § 555(b); 5 U.S.C. § 706(1), 706(2) (A), 706(2) (C), 706 (2) (D).

45.  Defendant's failure to set deadlines for completing "name checks" and to take all the other reasonable steps necessary to complete the adjudication of Plaintiff's application violates 8 U.S.C. § 1446(d) and 8 C.F.R. § 335, and violates the Administrative Procedure Act, 5 U.S.C. § 555(b); 5 U.S.C. § 706(1), 706(2)(A), 706(2)(C), 706 (2)(D).

46.  Plaintiff has exhausted all available administrative remedies.

47.  As a result of Defendants' actions, Plaintiff has suffered and continues to suffer injury.  Declaratory and injunctive relief is therefore warranted.

48.  Plaintiff seeks that the Court to order the Defendants to adjudicate Plaintiff Maravilla's naturalization and schedule an oath ceremony without further delay.

### COUNT III
### VIOLATION OF DUE PROCESS CLAUSE

49.  Plaintiff re-alleges and reasserts the foregoing paragraphs as if set forth fully herein.

50.  The Due Process Clause of the Fifth Amendment prohibits the government from depriving any person of life, liberty or property without due process of law.

51.  Defendants Chertoff, Keisler and Ferguson have a pattern, practice or policy of failing to adjudicate the applications for naturalization within 120 days of the date of the naturalization examination because of delays in "name checks" in violation of 8 U.S.C. § 1446(d) and 8 C.F.R, § 335.  (See Exhibit 4)  Defendants Keisler and Mueller have a pattern, practice or policy of failing to timely complete "name checks" in violation of 8 U.S.C. § 1446(d) and 8 C.F.R. § 335.

52.  As a result of Defendant's actions, Plaintiff has suffered and will continue to suffer injury and a deprivation of his liberty.  Declaratory and injunctive relief are therefore warranted.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1.  Assume jurisdiction over the matter;

2.  Review de novo and grant the Plaintiff's application for naturalization, pursuant to 8 U.S.C. § 1447(b);

3.  Grant Plaintiff Maravilla citizenship without further delay;

4.  Order Maravilla's swearing-in ceremony be performed within 30 days;

5.  Award of damages in an amount to be determined;

6.  Award of costs as provided by 28 U.S.C. § 2412(a) (1);

7.  Award Plaintiff reasonable attorney's fees pursuant to 28 U.S.C. § 2412 for failure of Defendants to perform their duties within a reasonable amount of time;

8.  Grant such other relief at law and in equity as justice may so require.

## JURY DEMAND

Plaintiffs demand a jury as to all matters subject to resolution by a jury.

Respectfully submitted,

_____
Julianne M. O'Grady
Attorney for Petitioner

Julianne M. O'Grady
IL ARDC # 6273320
Attorney for the Plaintiff
Law Office of O'Grady & Associates, PC
1 N. LaSalle Street, Suite 1110
Chicago, Illinois 60602
Voice:  (312) 338 1808
Fax:  (312) 338 1809

**EXHIBITS**

Exhibit 1          Notice of receipt of N-00 Application, February 21, 2002

Exhibit 2          Naturalization Interview Results, November 11, 2002

Exhibit 3          Notice of Oath Taking Ceremony scheduled for December 02, 2002

Exhibit 4          Notice of Cancellation of Oath Taking Ceremony dated December 02, 2002

Exhibit 5          Plaintiff's Status Inquiry dated November 25, 2003 and Status Letter from USCIS dated December 22, 2003

Exhibit 6          Notice of receipt of N-400 Application, May 02, 2005

Exhibit 7          Naturalization Interview Results, October 13, 2005

Exhibit 8          Plaintiff's agents' Status Inquiry dated February 18, 2006 and Status Letter from USCIS dated May 10, 2006

Exhibit 9          G-639 FOIPA Request Form

Exhibit 10         Plaintiff's Status Inquiry dated February 13, 2007

Immigration and Naturalization Service                      **Notice of Action**

---

# UNITED STATES OF AMERICA

---

| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE<br>October 07, 2002 |
|---|---|
| CASE TYPE<br>N400    Application For Naturalization | INS A#<br>A 074 555 410 |
| APPLICATION NUMBER<br>LIN*000436775 | RECEIVED DATE<br>February 21, 2002 | PRIORITY DATE<br>February 21, 2002 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
KENNETH F MARAVILLA
1572 MILLSTONE LN
GURNEE IL 60031

Please come to:
CHICAGO CUSA OFFICE
539 SOUTH LA SALLE STREET
CITIZENSHIP OFFICE
FIRST FLOOR
CHICAGO IL 60605

ılılılılllllllllll

On (Date):  Wednesday, November 13, 2002
At (Time):   08:05 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

PLEASE keep this appointment, even if you do not have all the items indicated above.

---

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CITIZENSHIP OFFICE
539 SOUTH LA SALLE
CHICAGO IL 60605

INS Customer Service Number:
(402) 323-7830

APPLICANT COPY



Form I-797C (Rev. 09/07/93) N

U.S. Department of Justice
Immigration and Naturalization Service

# Naturalization Interview Results

A#: __A 074 555 410__

On __NOV 1 3 2002__ , you were interviewed by INS officer __Tull__ .

☒ You passed the tests of English and U.S. history and government.

❑ You passed the test of U.S. history and government and the English language requirement was waived.

❑ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

❑ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.

❑ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

❑ Please follow the instructions on the Form N-14.

❑ INS will send you a written decision about your application.

❑ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A)__✗__ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B)_____ A decision cannot yet be made about your application.

It is very important that you:
✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99) Y

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0052

# Notice of Naturalization Oath Ceremony

| | |
|---|---|
| A # | A074555410    LIN*000436775 |
| Date | November 20, 2002 |
| | APPLICANT COPY |

KENNETH FIGUEROA MARAVILLA
1572 MILLSTONE LN
GURNEE IL 60031

You are hereby notified to appear for a Naturalization Oath Ceremony on:
Monday, December 2 2002

at:     US DISTRICT COURT NORTHERN DISTRICT IL
219 S. DEARBORN, 25TH FL, RM 2525
CHICAGO, IL 60604
DIRKSEN FEDERAL BUILDING, ROOM: 2525, MAIN ENTRANCE

Please report promptly at    12:00 PM    M.

You must bring the following with you:

- [X] This letter, WITH ALL OF THE QUESTIONS ON THE OTHER SIDE ANSWERED IN INK OR ON A TYPEWRITER.
- [X] Alien Registration Card.
- [ ] Reentry Permit, or Refugee Travel Document.
- [X] Any immigration documents you may have.
- [ ] If the naturalization application is on behalf of your child (children), bring your child (children).
- [ ] Other

Proper attire should be worn.

If you cannot come to this ceremony, return this notice immediately and state why you cannot appear. In such case, you will be sent another notice of ceremony at a later date. You must appear at an oath ceremony to complete the naturalization process.

(SEE OTHER SIDE)

Form N-445 (Rev. 04/05/00)Y

OCT-04-2006 WED 11:41 AM AHC   AKE COUNTY

Immigration and Naturalization Service

Notice of Action

# THE UNITED STATES OF AMERICA

| Oath Ceremony Descheduled by INS | | | NOTICE DATE<br>December 02, 2002 |
| --- | --- | --- | --- |
| CASE TYPE<br>N400   Application For Naturalization | | | DIS A#<br>A 074 555 410 |
| APPLICATION NUMBER<br>LIN*000436775 | RECEIVED DATE<br>February 21, 2002 | PRIORITY DATE<br>February 21, 2002 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

KENNETH FIGUEROA MARAVILLA
1572 MILLSTONE LN
GURNEE IL  60031

||ll||ll||llll||lll||ll||ll

This is to advise you that, due to unforeseen circumstances, we have had to cancel the previously scheduled Oath Ceremony on Monday, December 02, 2002   at  12:00 PM   for the above applicant.  We regret any inconvenience this may cause.

We will advise you of any further action taken on this case, including any rescheduled interview information, under separate notice.

800 375 5283

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CITIZENSHIP OFFICE
539 SOUTH LA SALLE
CHICAGO IL 60605-

INS Customer Service Number:
(402) 323-7830

Form I-797C (Rev. 09/07/03) N

# DEPARTMENT OF HOMELAND SECURITY
## U. S. Citizenship and Immigration Service
### Chicago District Office

## STATUS INQUIRY FORM

DATE: _____

## CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number: A 074555410

Name: MOROVILLA    KENNETH    F.
     Last     First     Middle

Mailing Address: 1512 MILLSTONE LN _____ Apt # ____

City: GURNEE    State: ILL    Zip Code: 60031

Daytime Phone Number: ( 847 ) 856 - 0157

Country of Birth: PHILIPPINES    Date of Birth: 06/25/65

☐ Check box if author is same as applicant
   (DO NOT complete the following if box is checked)

**Type of inquiry:**

☐ Applicant    ☐ Attorney    ☐ CBO

Name: _____
   Last     First     Middle

Firm / Organization: _____

Mailing Address: _____

Suite # or Apt. # : _____

City: _____ State: ____ Zip Code____

Phone No.: _____

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: **GENERAL**    Request Type (check all that apply): ☐ Address Change    ☐ General    ☐ Received Documents

Type of Application (check one): ☐ Adjustment of Status    ☐ Citizenship

FORM FILED (check boxes below that apply):    DATE APPLICATION FILED: _____

☐ I-130    ☐ I-485    ☐ I-751    ☐ I-765    ☐ I-824

☐ N-336    ☐ N-400    ☐ N-565    ☐ N-600    ☐ N-643    ☐ Other: _____

REQUEST RESCHEDULE FOR (check one): ☐ Interview    ☑ Oath    ☐ Fingerprinting

Additional Comments: _____
_____

*** INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

*** CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:
   Signature: _____    Date: 11/25/03

*** MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
CU Revised 08/14/03



**DEPARTMENT OF HOMELAND SECURITY**
Bureau of Citizenship and Immigration Services
**CHI 70/48.2-C**

*10 West Jackson Boulevard*
*Chicago, IL 60604*

December 22, 2003

KENNETH F MARAVILLA
1512 MILSTONE LANE
GURNEE, IL 60031

Re: A074 555 410 - MARAVILLA, KENNETH

Dear KENNETH MARAVILLA,

Thank you for your recent inquiry. All efforts will be made to respond to your inquiry within 90 days of receipt. Depending on the complexity of your inquiry, additional time may be required to obtain the information requested.

Sincerely,

Donald J. Monica
Interim District Director
U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

DJM:fls
Correspondence Tracking Number: CHI122203 171
Thank you for contacting BCIS Customer Service

U.S. Citizenship and Immigration Serv... s

**I-797C, Notice of Action**

| Request for Applicant to Appear for Naturalization Initial Interview | | | NOTICE DATE<br>August 01, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 074 555 410 |
| APPLICATION NUMBER<br>LIN*000778690 | RECEIVED DATE<br>May 02, 2005 | PRIORITY DATE<br>May 02, 2005 | PAGE<br>1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | Please come to: |
|---|---|
| KENNETH FIGUEROA MARAVILLA<br>c/o MANNY A AGUJA<br>LAW OFFICES OF MANNY A. AGUJA, ESQ<br>3144 W MONTROSE AVE<br>CHICAGO IL 60618<br><br>.llull..ull...ulll.h | CHICAGO CUSA OFFICE<br>536 S. CLARK-- 3RD FLOOR<br>CITIZENSHIP OFFICE<br>FIRST FLOOR<br>CHICAGO IL 60605<br>On (Date):  Thursday, October 13, 2005<br>At (Time):  08:05 AM |

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above.  Waiting room capacity is limited.  Please do not arrive any earlier than 30 minutes before your scheduled appointment time.  The proceeding will take about two hours.  If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States.  You will also be tested on reading, writing, and speaking English unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

PLEASE keep this appointment, even if you do not have all the items indicated above.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.
You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CITIZENSHIP OFFICE
539 SOUTH LA SALLE
CHICAGO IL 60605-

INS Customer Service Number:
(800) 375-5283

REPRESENTATIVE COPY



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: _074 555 410_

On ___10/13/2005___ , you were interviewed by USCIS officer ____KEIPER____

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ___✓___ A decision cannot yet be made about your application.

*Security checks –pending*

It is very important that you:

☑ Notify USCIS if you change your address.

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

# Law Offices of Manny A. Aguja, LLC



3144 W. Montrose Ave., Chicago, Illinois 60618

Phone No. (773) 866-1186
Email: maguja3515@aol.com

Fax No. (773) 866-1187
Website: www.aguialaw.com

February 18, 2006

Bureau of Citizenship and Immigration Services
536 S. Clark St.
3rd Floor
Chicago Illinois 60605

## NATURALIZATION INTERVIEW
## MORE THAN 90 DAYS AGO

**Re: Kenneth F. Maravilla**
**A 074555410**

**Attn: Officer Keiper**

Dear Officer Keiper,

As you know Mr. Kenneth F. Maravilla is a very good client of mine. We went to your Office for his Naturalization Interview on October 13, 2005. He passed with flying colors both the Civic and English Exam. Normally, the Oath Taking would take place 30 to 60 days after the Interview. To date it is almost 5 months, the applicant has not been called to his Oath Taking Ceremony. Neither him nor I received any notice. I understand that FBI Clearance and Name Clearance are taking sometime. But his name. Kenneth Maravilla, is not a common name. It is very uncommon name; I would not understand the delay. He has some agenda to do so he wants to have his Citizenship as soon as possible.

Please advice this Office regarding the status of this application.

Please do not hesitate to call my office if you have questions regarding this matter.

Very truly yours,

Manny A. Aguja

MAA: cll
Cc: Mr. Maravilla



U.S. Department of Homeland Security
536 S. Clark
Chicago, Il. 60605

**U.S. Citizenship
and Immigration
Services**

March 10, 2006
A 074 555 410

Law Offices of Manny A. Aguja, LLC
3144 W. Montrose Ave.,
Chicago, IL 60618

Dear Mr. Aguja,

This is in response to your inquiry related to the N-400, Application for Naturalization, A074 555 410. Our information shows that the security checks for your client have not yet been completed. National security checks are performed by federal agencies other than the United States Citizenship and Immigration Services (USCIS). Our local USCIS office has no control over the pace of completion of these required checks.

It is difficult to predict when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision as quickly as possible.

Thank you for your patience and understanding in this matter.

Sincerely,

Agnieszka Keiper
District Adjudications Officer
Citizenship Office

W: Kennoth maravilla

OMB No. 1653-0030; Expires 11/30/08

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# G-639, Freedom of Information/ Privacy Act Request

**NOTE:** The completion of this form is optional. Any written format for a Freedom of Information or Privacy Act request is acceptable.

**START HERE - Please type or print in black ink. Read instructions before completing this form.**

## 1. Type of request: *(Check appropriate box.)*

[✓] Freedom of Information Act (FOIA). *(Complete all items except Number 6.)*

[ ] Privacy Act (PA). *(Number 6 must be completed in addition to all other applicable items.)*

[ ] Amendment. *(PA only. Number 5 must be completed in addition to all other applicable items.)*

## 2. Requester information.

| Name of Requester: (Last, First and Middle Names) | Date (mm/dd/yyyy) | Daytime Telephone: |
|---|---|---|
| **Maniquis Veda** | **11/24/2006** | **773.482.2672** |

| Address *(Street Number and Name)*: **28 East Jackson,** | | Apt. Number: **Suite 10-M956** |
|---|---|---|
| City: **Chicago** | State: **IL** | Zip Code: **60604-2263** |

**By my signature, I consent to the following:**

Pay all costs incurred for search, duplication and review of materials up to $25.00, when applicable. *(See Instructions.)*

*Signature of requester:*

[ ] Deceased Subject - **Proof of death must be attached.** *(Obituary, Death Certificate or other proof of death required.)*

## 3. Consent to release information. *(Complete if name is different from Requester). (Numbers 7 and 8 must be completed.)*

| Print Name of Person Giving Consent: | Signature of Person Giving Consent: *(Original signature required.)* |
|---|---|
| **Kenneth Figueroa MARAVILLA** | |

*By my signature, I consent to the following: (Check applicable boxes.)*

[✓] Allow the Requester named in **Number 2** above to review: [✓] All of my records, or [ ] A portion of my records. *(If a portion, specify below what part, i.e. copy of application.)*

*(Consent is required for records of U. S. citizens (USC) and Lawful Permanent Residents (LPR).*

## 4. Information needed to search for record(s).

Specific information, document(s) or record(s) desired: *(Identify by name, date, subject matter and location of information.)*

**All documents pertaining to N400 Application for Naturalization filed with the USICS Naturalization Office in Chicago, IL**

**Purpose:** *(Optional: You are not required to state the purpose of your request. However, doing so may assist USCIS to locate the records needed to respond to your request.)*

## 5. Data needed on subject of record. *(If data marked with an asterisk (*) is not provided, records may not be located.)*

| * Family Name: | Given Name: | Middle Name: |
|---|---|---|
| **MARAVILLA** | **Kenneth** | **Figueroa** |
| * Other names used, if any: | * Name at time of entry into the U.S.: | I-94 Admissions #: |
| **n/a** | **Kenneth Maravilla** | |
| * Alien Registration Number: | * Petition or Claim Receipt #: | * Country of Birth: | * Date of Birth (mm/dd/yyyy) |
| **A074555410** | **LIN000778690** | **Philippines** | **06/25/1965** |

Names of other family members that may appear on requested record(s) *(i.e., Spouse, Daughter, Son)*:

| Father's Name    First | Middle | Last |
|---|---|---|
| **Segundo** | | **Maravilla** |
| Mother's Name    First | Middle | Last (Include Maiden Name) |
| **Phoebe** | | **Figueroa Maravilla** |

Form G-639 (Rev. 11/13/06)Y

| Country of Origin: *(Place of Departure)* | Port-of-Entry Into the U.S.: | | Date of Entry: |
|---|---|---|---|
| **Philippines** | | | |
| Manner of Entry: *(Air, Sea, Land)* | Mode of Travel: *(Name of Carrier)* | | U.S. Social Security Number: **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** |
| Name on Naturalization Certificate: **n/a** | | Certificate #: **n/a** | Naturalization Date: **n/a** |
| Address on Date of Naturalization: **n/a** | | Court and Location: **n/a** | |

**6. Verification of subject's identity:** *(See Instructions for explanation. Check one box.)*

☐ In-Person With ID    ☑ Notarized Affidavit of Identity    ☐ Other *(Specify)* _____

**7. Signature of subject of record:**

*(Original signature required)*  ~~Kwauii~~    Date: 12/5/06

Telephone No.: (847) 877-8797

**8. Notary:** *(Normally needed from persons who are the subject of the record sought or for a sworn declaration under penalty of perjury. See below.)*

Subscribed and sworn to before me this _5th_ Day of _DECEMBER_ in the Year _2006_

Signature of Notary _Veda Maniquis_    My Commission Expires on _04/22/2007_

**OR**

**NOTE:** *If a declaration is provided in lieu of a notarized signature, it must state at a minimum the following: (Include Notary Seal or Stamp in the appropriate space below.)*

**Executed outside U.S.**

If executed outside the United States: "I declare (certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: _____

**Executed in U.S.**

If executed within the United States, its territories, possessions or commonwealths: "I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signature: _____

OFFICIAL SEAL
VEDA T MANIQUIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04-22-07

**(Seal/Stamp)**                                        **(Seal/Stamp)**

Form G-639 (Rev. 11/13/06)Y Page 2



# DEPARTMENT OF HOMELAND SECURITY
## U. S. Citizenship and Immigration Service
### Chicago District Office

## STATUS INQUIRY FORM

DATE: 2/13/07

## CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number: A07455 5410

Name: MACAVILLA    KENNETH    F.

Last    First    Middle

Mailing Address: 39147 WELSH LW.    Apt #

City: BEACH PARK    State: FL    Zip Code: 60083

Daytime Phone Number: (847) 877-8791

Country of Birth: PHILIPPINES    Date of Birth: 06/25/45

---

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

**Type of inquiry:**

☐ Applicant    ☐ Attorney    ☐ CBO

Name: _____
Last    First    Middle

Firm / Organization: _____

Mailing Address: _____

Suite # or Apt. # : _____

City: _____ State: _____ Zip Code _____

Phone No.: _____

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: **GENERAL**    Request Type (check all that apply): ☑ Address Change    ☐ General    ☐ Received Documents

Type of Application (check one): ☐ Adjustment of Status    ☑ Citizenship

**FORM FILED (check boxes below that apply):**    DATE APPLICATION FILED: _____

☐ I-130    ☐ I-485    ☐ I-751    ☐ I-765    ☐ I-824

☐ N-336    ☑ N-400    ☐ N-565    ☐ N-600    ☐ N-643    ☐ Other: _____

**REQUEST RESCHEDULE FOR (check one):** ☐ Interview    ☐ Oath    ☐ Fingerprinting

Additional Comments: _____

---

\*\*\* INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\* CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _____    Date: 2/13/07

\*\*\* MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL  60690